UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | EDCV 14-773 DSF (FFM) | Date | March 23, 2015 |
|---|---|---|---|
| Title | MARK ANTHONY LILLY v. CAROLYN W. COLVIN, Acing Commissioner of Social Security | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: | |
| None Present | None Present | |

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE**

The Court has reviewed its own files and records and notes that the parties have failed to file their Joint Stipulation.

The parties are **HEREBY ORDERED** to file a Joint Stipulation within 14 days of the date of this Minute Order. Failure to comply with the Court's Orders will result in issuance of an Order to Show Cause Re: Sanctions.

                                                                                                     :
                                                                        Initials of Preparer          JM